IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK 10-43532 |
| | ) | (Chapter 12) |
| STEVEN D. WEINRICH and | ) | |
| KATHLEEN R. WEINRICH, | ) | |
| | ) | |
| Debtors. | ) | |

**RESISTANCE TO DEBTORS' MOTION**
**FOR USE OF CASH COLLATERAL**

COMES NOW Citizens State Bank ("Bank"), by and through its attorney, and resists the Debtors' Motion for Use of Cash Collateral [Filing No. 23]. In support of this resistance, Bank states as follows:

1. Bank has a first lien on all of the Debtors' machinery, equipment, vehicles, crops and cattle, together with all of the proceeds, products, offspring and profits thereof.

2. Bank does not consent to the use of the cash collateral as proposed by the Debtors.

3. The proposed sale of cows by the Debtors, and subsequent use of the proceeds to pay expenses, would diminish the value of the Bank's collateral, and is not necessary to protect the collateral.

4. Bank does not object to the use of silage and hay on hand for the purpose of feeding Debtors' livestock.

WHEREFORE, Bank respectfully requests that the Debtors' Motion for Use of Cash Collateral be overruled, and/or that the Court condition and restrict the use of such cash collateral only to the extent necessary to protect the collateral, as may be proved by the Debtors, and for such other and further relief as the Court deems just and equitable.

1

CITIZENS STATE BANK, f/k/a
CITIZENS NATIONAL BANK, Creditor.

BY BROGAN & GRAY, P.C., L.L.O.
Its Attorneys.

BY  /s/ Scott A. Gray
   Member of the Firm    #20706
   110 North 16th Street, Suite 22
   P.O. Box 1901
   Norfolk, NE  68702-1901
   (402) 644-7242

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _____ day of December, 2010, he electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey | ustpregion13.om.ecf@usdoj.gov |
| John C. Hahn | bankruptcy@jhhz.net |
| James A. Overcash | 12trustee@woodsaitken.com |
| Victor E. Covalt III | vcovalt@ballewcovalt.com |

BY  /s/ Scott A. Gray
   Scott A. Gray    #20706

2